```
                                                        ┌─────────────────────────┐
                                                        │         FILED           │
                                                        │    August 13, 2010      │
         UNITED STATES DISTRICT COURT FOR THE           │ CLERK, US DISTRICT COURT│
                                                        │  EASTERN DISTRICT OF    │
           EASTERN DISTRICT OF CALIFORNIA               │      CALIFORNIA         │
                                                        │      DEPUTY CLERK       │
                                                        └─────────────────────────┘
```

UNITED STATES OF AMERICA,           )
                                    )      Case No. 2:10-CR-0327-MCE-5
                Plaintiff,          )
v.                                  )      ORDER FOR RELEASE OF
                                    )      PERSON IN CUSTODY
FEROZA BHAMANI,                     )
                                    )
                Defendant.          )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release FEROZA BHAMANI, Case No. 2:10-CR-0327-MCE-5, Charge Title 18 USC § 1341, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 100,000 (secured by real property)

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)   With pretrial services and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 13, 2010  at  3:25 pm .

                                            By  /s/ Dale A. Drozd
                                                Dale A. Drozd
                                                United States Magistrate Judge