Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for AKBAR BHAMANI

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>AKBAR BHAMANI, ET AL.,<br><br>　　　　　　Defendants. | Case No. CR 10-0327 MCE (DAD)<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING ORDER REGARDING DEFENDANT AKBAR BHAMANI'S AND DEFENDANT FEROZA BHAMANI'S APPEARANCE BOND AND EXTENDING THE DEFENDANTS' TIME TO SECURE THE BOND |

　　　　Defendant Akbar Bhamani, by and through his counsel, Edward Swanson, defendant Feroza Bhamani, by and through her counsel, Matthew Bockmon, and the United States, by and through Assistant United States R. Steven Lapham, hereby stipulate and agree as follows:

　　　　1.　　Akbar Bhamani and Feroza Bhamani made their initial appearances before this Court on August 13, 2010. At that appearance, the government moved for the detention of both Akbar and Feroza Bhamani.

　　　　2.　　At the August 13 appearance the government also informed the Court that the defense and the government had reached an agreement regarding the custody status of the defendants. Each defendant would be released on a $100,000 unsecured appearance bond co-signed by the defendants's friend, Mr. Ashraf

1    "Mike" Ali.  This release was conditional on Mr. Ali's posting of $100,000 worth
2    of property to secure the bond by Friday, August, 27, 2010.  The Court ordered the
3    release of the defendants pursuant to this agreement.

5    3.    Since the August 13, 2010 appearance, counsel for Mr. Bhamani has advised the
6          government that the defendants would like to use a different piece of property to
7          secure the $100,000 bond.  The property in question is owned by Ms. Bhamani's
8          brother, Amiruddin Sewani, and his wife, Nasreen Sewani.  The property is
9          located at 23 Henry Street, Williston Park, New York, 11596.

11   4.    The government has no objection to the defendants' request to secure the bond
12         with the property owned by Ms. Bhamani's brother and sister-in-law.

14   5.    Counsel for Mr. Bhamani has also informed the government that a title report and
15         an appraisal for the bond property has been requested, but that the defendants have
16         experienced a delay in obtaining these documents from parties located in New
17         York.  Counsel requested a one week extension for the posting of the property to
18         secure the bond.

20   6.    The government has no objection to extending the deadline for posting the
21         property to Friday, September 3, 2010.

24   ///

26   ///

**Stip. and Order Modifying
Appearance Bond and Extending Time           2
to Post Property**
*United States v. Akbar Bhamani, et al.*
No. CR 10-327 MCE (DAD)

7. The parties agree that the $100,000 bond may be secured by the property owned by Amiruddin and Nasreen Sewani. The parties further agree that the defendants have until September 3, 2010 to post this property to secure the bond.

IT IS SO STIPULATED.

Dated: August 25, 2010

/s/  *Edward W. Swanson*
EDWARD W. SWANSON
Attorney for AKBAR BHAMANI

Dated: August 25, 2010

/s/  *Matthew Bockmon*
MATTHEW BOCKMON
Attorney for FEROZA BHAMANI

Dated: August 25, 2010

/s/  *R. Steven Lapham*
R. STEVEN LAPHAM
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 26, 2010.

U.S. MAGISTRATE JUDGE

**Stip. and Order Modifying Appearance Bond and Extending Time to Post Property**
*United States v. Akbar Bhamani, et al.*
No. CR 10-327 MCE (DAD)

3