Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for AKBAR BHAMANI

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 10-0327 MCE (DAD) |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEFENDANT AKBAR BHAMANI'S AND DEFENDANT FEROZA BHAMANI'S TIME TO SECURE APPEARANCE BOND** |
| vs. | |
| AKBAR BHAMANI, ET AL., | |
| Defendants. | |

**STIPULATION**

Defendant Akbar Bhamani, by and through his counsel, Edward Swanson, defendant Feroza Bhamani, by and through her counsel, Matthew Bockmon, and the United States, by and through Assistant United States Attorney R. Steven Lapham, hereby stipulate and agree as follows:

1)   Akbar Bhamani and Feroza Bhamani made their initial appearances before this Court on August 13, 2010.  At that appearance, the government moved for the detention of both Akbar and Feroza Bhamani.

2)   At the August 13 appearance the government also informed the Court that the defense and the government had reached an agreement regarding the custody status of the

1    defendants.  Each defendant would be released on a $100,000 unsecured appearance bond co-
2    signed by the defendants's friend, Mr. Ashraf "Mike" Ali.  This release was conditional on Mr.
3    Ali's posting of  $100,000 worth of property to secure the bond by Friday, August, 27, 2010.
4    The Court ordered the release of the defendants pursuant to this agreement.

5        3)    On August 26, 2010, Akbar Bhamani filed a Stipulation and Proposed Order
6    regarding the defendants' secured bond.  Under the terms of the Stipulation, the government and
7    the defendants agreed that the defendants would use property owned by Ms. Bhamani's brother,
8    Amiruddin Sewani, and his wife, Nasreen Sewani, to secure the appearance bond.  This property
9    is located in New York state.  The parties also agreed that the deadline for posting this property
10   would be extended to Friday, September 3, 2010.   On August 27, 2010, the Court issued an
11   order pursuant to the parties' stipulation.

12       4)    Following the Court's order, defendants have been working diligently to obtain
13   the documents necessary to secure the bond.  Defendants have procured an appraisal of the
14   property that will be used to secure the bond.  Defendants, however, have encountered delays in
15   obtaining the title report for the property.  Initially, the company hired to complete the title report
16   advised that the report would be completed by last Friday, August 24.  When the report did not
17   arrive as scheduled, defendants inquired and were told that the report would be available early
18   this week.  Most recently, defendants were told that the report would be ready the morning of
19   Wednesday, September 1, 2010. Again, the title company has failed to provide the report as
20   promised.

21       5)    Shortly after learning that the title report would not be ready on September 1,
22   2010, counsel for Akbar Bhamani contacted the government to request a stipulation extending
23   the time to post the property.  Counsel learned that AUSA Steven Lapham was on vacation and
24   was directed to Mr. Lapham's secretary, Ryan Sockwell, for further assistance.

25       6)    On September 2, 2010, counsel for Akbar Bhamnai spoke with Mr. Sockwell
26   regarding the need for this stipulation.  Mr. Sockwell phoned Mr. Lapham and discussed the
27   stipulation with him.  Mr. Sockwell then advised defense counsel that Mr. Lapham has no
28   objection to this request.

**Stipulation Regarding Bond**
*U.S. v. Bhamani, et al.*, CR 10-0327 MCE (DAD)         2

1    7)    The parties agree that the defendants have until September 13, 2010 to post the
2    property necessary to secure the bond for Akbar and Feroza Bhamani.

4    IT IS SO STIPULATED.

6    Dated: September 2, 2010            /s/  Edward W. Swanson
                                         EDWARD W. SWANSON
                                         Attorney for AKBAR BHAMANI

8    Dated: September 2, 2010            /s/  Matthew Bockmon
                                         MATTHEW BOCKMON
                                         Attorney for FEROZA BHAMANI

10   Dated: September 2, 2010            /s/  R. Steven Lapham
                                         R. STEVEN LAPHAM
                                         Assistant United States Attorney

14                           **ORDER**

15   PURSUANT TO STIPULATION, IT IS SO ORDERED.

17   Dated: September 8, 2010            /s/ Gregory G. Hollows
                                         _____
                                         United States Magistrate Judge

19   bhamani.ord

**Stipulation Regarding Bond**
*U.S. v. Bhamani, et al.*, CR 10-0327 MCE (DAD)         3