Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for AKBAR BHAMANI

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AKBAR BHAMANI, ET AL.,<br><br>    Defendants. | Case No. 2:10-cr-00327 MCE<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT AKBAR BHAMANI'S AND DEFENDANT FEROZA BHAMANI'S TIME TO SECURE APPEARANCE BOND** |

**STIPULATION**

  Defendant Akbar Bhamani, by and through his counsel, Edward Swanson, defendant Feroza Bhamani, by and through her counsel, Matthew Bockmon, and the United States, by and through Assistant United States Attorney R. Steven Lapham, hereby stipulate and agree as follows:

  1) Akbar Bhamani and Feroza Bhamani made their initial appearances before this Court on August 13, 2010. At that appearance, the government moved for the detention of both Akbar and Feroza Bhamani.

  2) At the August 13 appearance the government also informed the Court that the defense and the government had reached an agreement regarding the custody status of the

1  defendants.  Each defendant would be released on a $100,000 unsecured appearance bond co-
2  signed by the defendants's friend, Mr. Ashraf "Mike" Ali.  This release was conditional on Mr.
3  Ali's posting of  $100,000 worth of property to secure the bond by Friday, August, 27, 2010.
4  The Court ordered the release of the defendants pursuant to this agreement.

5        3)  On August 26, 2010, Akbar Bhamani filed a Stipulation and Proposed Order
6  regarding the defendants' secured bond.  Under the terms of the Stipulation, the government and
7  the defendants agreed that the defendants would use property owned by Ms. Bhamani's brother,
8  Amiruddin Sewani, and his wife, Nasreen Sewani, to secure the appearance bond.  This property
9  is located in New York state.  The parties also agreed that the deadline for posting this property
10  would be extended to Friday, September 3, 2010.  On August 27, 2010, the Court issued an
11  order pursuant to the parties' stipulation.

12        4)  On September 2, 2010, Akbar Bhamani filed a Stipulation and Proposed Order
13  regarding the defendants' bond.  The parties agreed, and the Court ordered, that the deadline for
14  posting the property would be extended to Monday, September 13, 2010.

15        5)  Following the Court's order, defendants have been working diligently to obtain
16  the documents necessary to secure the bond.  Defendants have procured an appraisal of the
17  property that will be used to secure the bond.  Defendants have also obtained a copy of the title
18  report for the property.  Both of these documents have been provided to the government.
19  Counsel for defendants is in the process of preparing an affidavit of confession of judgment to be
20  executed, along with the appearance bond, by the property owners.  However, because the
21  property owners are located in New York, counsel requires additional time to obtain and file the
22  executed documents.

23        6)  Counsel for Mr. Bhamani has spoken with AUSA Lapham about the need for
24  additional time to complete the posting of the property.  The government has no objection to
25  extending the time to post the property.

26        7)  Mr. Bockmon's office has also indicated that he has no objection to extending the
27  time to post the bond.

28

1     8) The parties agree that the defendants have until September 17, 2010 to post the property necessary to secure the bond for Akbar and Feroza Bhamani.

IT IS SO STIPULATED.

Dated: September 10, 2010                /s/  *Edward W. Swanson*
                                         EDWARD W. SWANSON
                                         Attorney for AKBAR BHAMANI

Dated: September 10, 2010                /s/  *Matthew Bockmon*
                                         MATTHEW BOCKMON
                                         Attorney for FEROZA BHAMANI

Dated: September 10, 2010                /s/  *R. Steven Lapham*
                                         R. STEVEN LAPHAM
                                         Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 10, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE