Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for AKBAR BHAMANI

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>         vs.<br><br>AKBAR BHAMANI, ET AL.,<br><br>                     Defendants. | Case No. CR 10-0327 MCE (KJN)<br><br>**STIPULATION AND] ORDER EXTENDING DEFENDANT AKBAR BHAMANI'S AND DEFENDANT FEROZA BHAMANI'S TIME TO SECURE APPEARANCE BOND** |

**STIPULATION**

Defendant Akbar Bhamani, by and through his counsel, Edward Swanson, defendant Feroza Bhamani, by and through her counsel, Matthew Bockmon, and the United States, by and through Assistant United States Attorney R. Steven Lapham, hereby stipulate and agree as follows:

1)      Akbar Bhamani and Feroza Bhamani made their initial appearances before this Court on August 13, 2010. At that appearance, the government moved for the detention of both Akbar and Feroza Bhamani.

2)      At the August 13 appearance the government also informed the Court that the defense and the government had reached an agreement regarding the custody status of the

1 defendants. Each defendant would be released on a $100,000 unsecured appearance bond co-
2 signed by the defendants's friend, Mr. Ashraf "Mike" Ali. This release was conditional on Mr.
3 Ali's posting of $100,000 worth of property to secure the bond by Friday, August, 27, 2010.
4 The Court ordered the release of the defendants pursuant to this agreement.

5     3) The parties previously stipulated that, rather than posting the property owned by
6 Mr. Ali, the defendants would use property owned by Ms. Bhamani's brother, Amiruddin
7 Sewani, and his wife, Nasreen Sewani, to secure the appearance bond. This property is located
8 in New York state.

9     4) The parties previously stipulated to extend the deadline for posting this property
10 to September 17, 2010.

11     5) Defendants have been working diligently to obtain the documents necessary to
12 secure the bond. Defendants have procured an appraisal of the property that will be used to
13 secure the bond. Defendants have also obtained a copy of the title report for the property. Both
14 of these documents have been provided to the government.

15     6) Counsel for Mr. Bhamani has spoken with AUSA Lapham about the need for
16 additional time to complete the posting of the property. The government has no objection to
17 extending the time to post the property.

19 / / /

21 / / /

**Stipulation Regarding Bond**
*U.S. v. Bhamani, et al.*, CR 10-0327 MCE (KJN)     2

7) The parties agree that the defendants have until September 24, 2010 to post the property necessary to secure the bond for Akbar and Feroza Bhamani.

IT IS SO STIPULATED.

Dated: September 17, 2010
/s/  *Edward W. Swanson*
EDWARD W. SWANSON
Attorney for AKBAR BHAMANI

Dated: September 17, 2010
/s/  *Matthew Bockmon*
MATTHEW BOCKMON
Attorney for FEROZA BHAMANI

Dated: September 17, 2010
/s/  *R. Steven Lapham*
R. STEVEN LAPHAM
Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  September 17, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE