DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Servic
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FEROZA BHAMANI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-10-327 MCE (DAD) |
| Plaintiff, | |
| | STIPULATION AND ORDER MODIFYING SPECIAL CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| FEROZA BHAMANI, | |
| Defendant. | Judge: Dale A. Drozd |
| _____ | |

It is hereby stipulated and agreed between the parties, Stephen Lapham, Assistant United States Attorney, attorney for plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for defendant FEROZA BHAMANI, that the special conditions of pretrial release set forth in this case on August 13, 2010, be modified to strike **Condition # 8 - You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer.**

///

///

///

///

///

///

This modification has been requested by U.S. Pretrial Services Officer Renee Basurto, based on the fact that Mrs. Bhamani has been a housewife and has only helped her husband with his business and does not receive a monthly income.

Dated: May 3, 2011

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    */s/ Matthew C. Bockmon*
    MATTHEW C. BOCKMON
    Assistant Federal Defender
    Attorney for Defendant
    FEROZA BHAMANI

Dated: May 3, 2011    BENJAMIN B. WAGNER
    United States Attorney

    */s/ Matthew C. Bockmon for*
    STEPHEN LAPHAM
    Assistant U.S. Attorney

**O R D E R**

Based on the parties' stipulation, and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety. All other conditions of release remain in effect.

IT IS SO ORDERED.

Dated: May 4, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE