DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FEROZA BHAMANI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-10-327 MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) **WAIVER OF DEFENDANT'S PRESENCE** |
| FEROZA BHAMANI, | ) |
| Defendant. | ) |

     Pursuant to Fed.R.Crim.P. 43, defendant, FEROZA BHAMANI, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

     Defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver and agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if the defendant were personally present. Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in her absence.

///

///

///

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes her attorney to set times and delays under that Act without her personal presence.

Dated: May 31, 2012

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Feroza Bhamani*
　　　　　　　　　　　　　　　　　　　　　　　FEROZA BHAMANI
　　　　　　　　　　　　　　　　　　　　　　　(Original retained by attorney)

I concur in Mrs. Bhamani's decision to waive her presence at future proceedings.

Dated: May 31, 2012

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew C. Bockmon*
　　　　　　　　　　　　　　　　　　　　　　　MATTHEW C. BOCKMON
　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　FEROZA BHAMANI

**IT IS SO ORDERED.**

Dated: June 4, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE